UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LESLIE MCCOY

CIVIL ACTION

VERSUS

WATCO COMPANIES, L.L.C.,
ET AL.

NO.: 12-00754-BAJ-SCR

## RULING AND ORDER

Considering the **Stipulation of Dismissal with Prejudice (Doc. 54)**:

**IT IS ORDERED** that the above-captioned matter is **DISMISSED WITH PREJUDICE**, with Plaintiff and Defendant to bear their respective costs, expenses, and attorney's fees.

Baton Rouge, Louisiana, this 28th day of January, 2015.

**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**